**Order entered November 14, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00135-CR

**TEDDYBEAR MONROE KERNS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F17-76646-K**

## ORDER

Before the Court is the State's November 12, 2019 motion for extension of time to file its

brief. We **GRANT** the State's motion and **ORDER** the State's brief filed by **December 9, 2019**.


/s/     LANA MYERS
JUSTICE